No. 95–8903. EVERMAN v. ALBERTSON'S, INC. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 95–8904. FOSTER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–8905. WARREN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–8906. PARGO ET AL. v. ELLIOTT ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8909. SLOAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–8911. MCDANIEL v. BERGER. Ct. App. Okla. Certiorari denied.

No. 95–8912. MCBRIDE v. TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 95–8913. METCALF v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–8914. MCLEOD, AKA HOGAN v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8915. MCNABB v. WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8918. LUCAS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 95–8920. EDWARDS v. KERNAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8921. MILLER v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 95–8925. BLACKMON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 95–8935. CARGLE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.